```
             IN THE UNITED STATES DISTRICT COURT
              FOR THE MIDDLE DISTRICT OF GEORGIA
                         ATHENS DIVISION
```

DAVID A. WOOD, et al.,         )
                               )
    Plaintiffs,                )
                               )
v.                             )
                               ) CIVIL ACTION NO. 3:14-CV-43(CDL)
UNIFIED GOVERNMENT OF          )
ATHENS-CLARKE COUNTY,          )
                               )
    Defendant.                 )
_____)

## STIPULATION EXTENDING TIME

NOW COME the parties, by and through counsel, and hereby stipulate and agree, pursuant to Local Rule 6.1, that defendant may have through and including July 11, 2014, within which to answer or otherwise respond to the complaint.

                                   Respectfully submitted,

JOHNSON MARLOW, LLP                BEGNAUD & MARSHALL, LLP

/s/Spence Johnson                  /s/Andrew H. Marshall
Georgia Bar No. 395469             Georgia Bar No. 471450
Attorney for Plaintiffs            Attorney for Defendant
455 Epps Bridge Parkway            1091-B Founder's Boulevard
Suite 101                          Athens, Georgia 30606
Athens, Georgia 30606              706-316-1150
706-425-8740                       706-316-1153 fax
spenc@johnsonmarlow.com            dmarshall@athens1867.com